**FOR PUBLICATION**

# UNITED STATES COURT OF APPEALS
# FOR THE NINTH CIRCUIT

| | |
|---|---|
| JOSEPH A. KENNEDY, *Plaintiff-Appellant*, | No. 16-35801 |
| | D.C. No. |
| v. | 3:16-cv-05694-RBL |
| BREMERTON SCHOOL DISTRICT, *Defendant-Appellee*. | ORDER |

Filed January 25, 2018

Before: DOROTHY W. NELSON, MILAN D. SMITH, JR., and MORGAN CHRISTEN, Circuit Judges.

**ORDER**

Judges M. Smith and Christen have voted to deny the petition for rehearing en banc, and Judge Nelson so recommends. A judge of the court called for a vote on the petition for rehearing en banc. A vote was taken, and a majority of the non-recused active judges of the court failed to vote for en banc rehearing. Fed. R. App. P. 35(f). The petition for rehearing en banc is **DENIED**.